JOHN M. BENTLEY (SBN 26451)
jbentley@ropers.com
ELISE R. VASQUEZ (SBN 201190)
evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
JESSICA, INC., d/b/a IBERIA RESTAURANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY P. FOX, | CASE NO. C 05 02172 CRB (MEJ) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JESSICA, INC., d/b/a IBERIA RESTAURANT, | |
| Defendant. | |

On October 7, 2005, at the Initial Case Management Conference, the parties in this matter were referred to Magistrate Judge Marie-Elena James for a settlement conference. Magistrate James scheduled a settlement conference for March 28, 2006. This Court stayed discovery in this matter until after the settlement conference. A case management conference is scheduled for December 2, 2005. There is no trial date set in this matter.

In view of the foregoing considerations, the parties stipulate and request the court order the case management conference, currently scheduled for December 2, 2005, be continued to April 7, 2006 at 8:30 a.m.

///

///

///

RC1/386849 1/ERV

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE - C05-02172 CRB (MEJ)

| | |
|---|---|
| Dated: November 15, 2005 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: s/Elise R. Vasquez |
| | JOHN M. BENTLEY |
| | ELISE R. VASQUEZ |
| | Attorneys for Defendant |
| | JESSICA, INC., d/b/a IBERIA RESTAURANT |
| Dated: November 15, 2005 | LAWSON LAW OFFICES |
| | By: s/Antonio M. Lawson |
| | ANTONIO M. LAWSON |
| | Attorneys for Plaintiff |

## ORDER

Good cause appearing, the Case Management Conference previously scheduled for December 2, 2005 is continued until April 7, 2006 at 8:30 a.m.

IT IS SO ORDERED:

Dated: November 16, 2005

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

APPROVED — Judge Charles R. Breyer