ANTONIO M. LAWSON (SBN 140823)
tony@lawsonlawoffices.com
LAWSON LAW OFFICES
160 Franklin Street, Suite 204
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile: (510) 419-0948

Attorneys for Plaintiff
TIMOTHY FOX

JOHN M. BENTLEY (SBN 26451)
jbentley@ropers.com
ELISE R. VASQUEZ (SBN 201190)
evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
JESSICA, INC., d/b/a IBERIA RESTAURANT

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. FOX,<br>Plaintiff,<br>v.<br>JESSICA, INC., d/b/a IBERIA RESTAURANT,<br>Defendant. | CASE NO. C 05 02172 CRB (MEJ)<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>Date: April 6, 2006<br>Time: 8:30 a.m.<br>Ctrm: 8 |

This stipulation is entered into by and among the parties hereto, plaintiff Timothy Fox and defendant Jessica, Inc., through their respectively undersigned attorneys, with reference to the following facts:

WHEREAS, the Settlement Conference before Magistrate Judge Maria-Elena James, originally scheduled for March 28, 2006, has been continued to May 15, 2006, and litigation has been stayed.

IT IS THEREFORE STIPULATED AND AGREED, by and among the undersigned

parties, through their counsel of record, that the Case Management Conference scheduled for April 6, 2006 be continued to June 9, 2006 at 8:30 a.m. in Courtroom 8.

Dated: March 24, 2006

LAWSON LAW OFFICES

By: s/Antonio M. Lawson
ANTONIO M. LAWSON
Attorneys for Plaintiff

Dated: March 24, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: s/Elise R. Vasquez
JOHN M. BENTLEY
ELISE R. VASQUEZ
Attorneys for Defendant
JESSICA, INC., d/b/a IBERIA RESTAURANT

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled in this matter for April 6, 2006, shall be continued to June 9, 2006 at 8:30 a.m. in Courtroom 8.

IT IS SO ORDERED:

Dated: March 24, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer