| | |
|---|---|
| 1 | ANTONIO M. LAWSON (SBN 140823) |
|   | tony@lawsonlawoffices.com |
| 2 | LAWSON LAW OFFICES |
|   | 160 Franklin Street, Suite 204 |
| 3 | Oakland, CA 94607 |
|   | Telephone:    (510) 419-0940 |
| 4 | Facsimile:    (510) 419-0948 |
| 5 | Attorneys for Plaintiff |
|   | TIMOTHY FOX |

JOHN M. BENTLEY (SBN 26451)
jbentley@ropers.com
ELISE R. VASQUEZ (SBN 201190)
evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Defendant
JESSICA, INC., d/b/a IBERIA RESTAURANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY P. FOX, | CASE NO. C 05 02172 CRB (MEJ) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JESSICA, INC., d/b/a IBERIA RESTAURANT, | Date:    April 6, 2006 |
|  | Time:    8:30 a.m. |
| Defendant. | Ctrm:    8 |

This stipulation is entered into by and among the parties hereto, plaintiff Timothy Fox and defendant Jessica, Inc., through their respectively undersigned attorneys, with reference to the following facts:

WHEREAS, the Settlement Conference before Magistrate Judge Maria-Elena James, originally scheduled for March 28, 2006, has been continued to May 15, 2006, and litigation has been stayed.

WHEREAS, plaintiff had a conflict on May 15, 2006 and the Settlement Conference has

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

been continued to August 18, 2006.

    IT IS THEREFORE STIPULATED AND AGREED, by and among the undersigned parties, through their counsel of record, that the Case Management Conference scheduled for August 4, 2006 be continued to a date convenient for the Court.

Dated: August 2, 2006        LAWSON LAW OFFICES

By: s/Antonio M. Lawson
ANTONIO M. LAWSON
Attorneys for Plaintiff

Dated: August 2, 2006        ROPERS, MAJESKI, KOHN & BENTLEY

By: s/Elise R. Vasquez
JOHN M. BENTLEY
ELISE R. VASQUEZ
Attorneys for Defendant
JESSICA, INC., d/b/a IBERIA RESTAURANT

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled in this matter for August 4, 2006, shall be continued to September 8, 2006 at 8:30 a.m. in Courtroom 8.

IT IS SO ORDERED:

Dated: August 03, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

RC1/409781.1/ERV     - 2 -     STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - C05-02172 CRB (MEJ)